No. 514. LEISHMAN v. GENERAL MOTORS CORP., 342 U. S. 943. Second petition for rehearing denied.

No. 195. RUTKIN v. UNITED STATES, *ante*, p. 130;

No. 373. STROBLE v. CALIFORNIA, *ante*, p. 181;

No. 584. LYNCH v. GRUBER ET UX., *ante*, p. 914;

No. 303, Misc. UNITED STATES EX REL. MILLS v. REING, U. S. MARSHAL, *ante*, p. 909;

No. 381, Misc. DI SILVESTRO v. GRAY, ADMINISTRATOR OF VETERANS AFFAIRS, *ante*, p. 930; and

No. 446, Misc. IN RE WHITNEY, *ante*, p. 933. Petitions for rehearing denied.

MAY 19, 1952.

No. 744. YOUNGSTOWN SHEET & TUBE CO. ET AL. v. SAWYER; and

No. 745. SAWYER, SECRETARY OF COMMERCE, v. YOUNGSTOWN SHEET & TUBE CO. ET AL. The motions for leave to file briefs of American Legion Post No. 88 and Everett S. Layman, as *amici curiae,* are denied.

No. 683. SMITH v. JONES, COLLECTOR OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *Ram Morrison* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *A. F. Prescott* for respondent.

No. 686. Moss, TRUSTEE IN BANKRUPTCY, v. MAY. C. A. 8th Cir. Certiorari denied. *D. D. Panich* for petitioner. *A. F. House* and *Harry E. Meek* for respondent.